# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CORNELIUS SENAR, AIS # 209043, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 06-0394-WS-C |
| DONALD A. FRIEDLANDER, | : |
| Defendant. | : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the            report and recommendation recommending the dismissal of this action, of this order adopting the report and recommendation, and of the judgment dismissing this action.

DONE and ORDERED this 31st day of August, 2006.

s/WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE