## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CORNELIUS SENAR, AIS # 209043, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 06-0394-WS-C |
| DONALD A. FRIEDLANDER, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby

**DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).
DONE and ORDERED this 31st day of August, 2006.

                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE